# IN THE SUPREME COURT OF TEXAS

═══════════

NO. 17-0563

═══════════

BAYLOR SCOTT AND WHITE, HILLCREST MEDICAL CENTER, PETITIONER,

v.

RUTHEN JAMES WEEMS III, RESPONDENT

═══════════════════════════════════════════

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS

═══════════════════════════════════════════

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Sixth District, and having considered the appellate record, briefs, and counsels' arguments, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) Judgment is rendered that Ruthen James Weems III take nothing; and

3) Each party shall bear their own costs incurred in this Court and in the court of appeals.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Sixth District and to the District Court of McLennan County, Texas, for observance.

Opinion of the Court delivered by Justice Guzman

April 26, 2019

\*\*\*\*\*\*\*\*\*\*